UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-6382 PA (PJWx) | Date | February 1, 2016 |
|---|---|---|---|
| Title | Ingrid M. Carrillo, et al. v. Alexandria Housing Partners, L.P., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE

On December 28, 2015, the Court issued a Minute Order establishing the Schedule of Trial and Pretrial Dates. In that Minute Order, the Court referred the parties to private mediation and ordered the parties to select a mediator within 14 days. Counsel for plaintiffs Ingrid M. Carrillo and Maximo A. Arriola (collectively "Plaintiffs") failed to respond to the other parties' efforts to discuss the selection of a settlement officer. On January 13, 2016, the Court ordered Plaintiffs' counsel to show cause why he should not be sanctioned and why the Complaint should not be dismissed for Plaintiffs' failure to comply with the Court's orders and adequately prosecute this action. (Docket No. 37.)

On January 29, 2016, Plaintiffs' counsel filed a declaration explaining that he did not participate in selecting a settlement officer "because [he has] not been able to communicate with [his] clients for several weeks now." (Docket No. 38.) He states that he is "trying to resolve this situation in a way which may permit [him] to continue to prosecute this case on behalf of [his] clients, or to be substituted by other counsel."

It appears that Plaintiffs may have abandoned this case. Plaintiffs are therefore ordered to show cause in writing why this action should not be dismissed. The response to this Order to Show Cause shall be filed no later than February 15, 2016.

IT IS SO ORDERED.