JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID M. CARRILLO and MAXIMO A. ARRIOLA,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDRIA HOUSING PARTNERS, LP; ALEXANDRIA HOTEL, LLC; ALEXANDRIA GROUP, LLC; BARKER MANAGEMENT, INC.; and CALIFORNIA HOUSING ASSISTANCE PROGRAM, INC.,<br><br>Defendants. | CV 15-6382 PA (PJWx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's February 23, 2016 Minute Order dismissing the action brought by plaintiffs Ingrid M. Carrillo and Maximo A. Arriola (collectively "Plaintiffs") against defendants Alexandria Housing Partners, LP, Alexandria Hotel, LLC, Alexandria Group, LLC, Barker Management, Inc., and California Housing Assistance Program, Inc. (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that;

1. Plaintiffs take nothing;

2. This action is dismissed with prejudice; and

3. Defendants shall recover their costs of suit.

IT IS SO ORDERED.

DATED: February 23, 2016

                                                Percy Anderson
                                    UNITED STATES DISTRICT JUDGE